890

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDDIE FORD, Defendant-Appellant.

(Nos. 58116-7 cons.;

First District (5th Division)—June 21, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Donald S. Honschell and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Barry Rand Elden, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GEORGE YOUNG, Defendant-Appellant.

(No. 58527;

First District (3rd Division)—June 6, 1974.